**SEALED FILED**

1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2770

JAN 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: CRIMINAL COMPLAINT | ) | **SEALING ORDER** |
|---|---|---|
| | ) | 2:09-MJ-0039 EFB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents filed in the above-captioned matter by and are hereby ordered sealed until first arrest, except for copies for use by the United States.

DATED: January 30, 2009

_____
HONORABLE EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE