UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 6, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Sebastian Maldonado, ) <br> ) <br> Defendant. ) | Case No. 2:09-mj-39 EFB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sebastian Maldonado  Case 2:09-mj-39 EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $25,000 co-signed by Ms. Cain

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other)  Probation conditions/supervision; defendant ordered to complete inpatient treatment at The Effort; Defendant to be released to Pretrial Services on 2/9/09 at 8:30 am.

Issued at  Sacramento, CA  on 2/6/09   at  11:30 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge