```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SEBASTIAN MALDONADO
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. 2:09-MJ-0039 EFB
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER
13       v.                        ) CONTINUING PRELIMINARY HEARING
                                   )
14  SEBASTIAN MALDONADO,           )
                                   ) Date: March 18, 2009
15              Defendant.         ) Time: 2:00 p.m.
                                   ) Judge: Hon. Edmund F. Brennan
16  _____ )
```

The parties (defendant Sebastian Maldonado and plaintiff, United States of America) hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for March 18, 2009, to April 8, 2009, at 2:00 p.m.

The parties have expressed interest in reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that time within which the indictment must be filed should be extended to April 8, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for the reasons stated above.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | DANIEL BRODERICK<br>Federal Defender |
| 3 | |
| 4 | Dated: March 17, 2009 /s/ Lauren Cusick<br>LAUREN CUSICK |
| 5 | Assistant Federal Defender<br>Attorney for SEBASTIAN MALDONADO |

LAWRENCE G. BROWN
Acting United States Attorney

Dated: March 17, 2009    /s/ Lauren Cusick for Todd Leras
                         TODD LERAS
                         Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to April 8, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: March 18, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE