```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SEBASTIAN MALDONADO
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. 2:09-MJ-0039 EFB
                                  )
12            Plaintiff,          )
                                  )  STIPULATION AND ORDER
13       v.                       )  CONTINUING PRELIMINARY HEARING
                                  )
14  SEBASTIAN MALDONADO,          )  Date: April 29, 2009
                                  )  Time: 2:00 p.m.
15            Defendant.          )  Judge: Hon. Dale A. Drozd
                                  )
16  _____)
```

The parties (defendant Sebastian Maldonado and plaintiff, United States of America) hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for April 8, 2009, to April 29, 2009, at 2:00 p.m.

The parties have expressed interest in reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that time within which the indictment must be filed should be extended to April

/ / /

/ / /

29, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: April 7, 2009  /s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for SEBASTIAN MALDONADO


LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 7, 2009  /s/ Lauren Cusick for Todd Leras
TODD LERAS
Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to April 29, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: April 7, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/maldonado0039.stipord

Stip. & O. Continuing Prelim. -2-