1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SEBASTIAN MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-MJ-0039 EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| SEBASTIAN MALDONADO, | |
| Defendant. | Date: April 29, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Dale A. Drozd |

The parties (defendant Sebastian Maldonado and plaintiff, United States of America) hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for April 29, 2009, to June 10, 2009, at 2:00 p.m.

The parties have expressed interest in reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that time within which the indictment must be filed should be extended to June 10, 2009,

/ / /

pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: April 28, 2009          /s/ Lauren Cusick
                               LAUREN CUSICK
                               Assistant Federal Defender
                               Attorney for SEBASTIAN MALDONADO


                               LAWRENCE G. BROWN
                               Acting United States Attorney

Dated: April 28, 2009          /s/ Lauren Cusick for Todd Leras
                               TODD LERAS
                               Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to June 10, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: April 28, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/maldonado0039.stipord(2)

Stip. & O. Continuing Prelim.          -2-