1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  SEBASTIAN MALDONADO
7
8                     UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10 UNITED STATES OF AMERICA,        ) No. 09-mj-39 EFB
                                    )
11              Plaintiff,          ) **STIPULATION AND ORDER**
                                    ) **TO CONTINUE PRELIMINARY HEARING**
12      v.                          )
                                    ) Date:  June 10, 2009
13 SEBASTIAN ANTHONY MALDONADO,     ) Time:  2:00 p.m.
                                    ) Judge: Hon. Kimberly J. Mueller
14              Defendant.          )
                                    )
15 _____  )

16      The parties hereby stipulate through respective counsel and

17 request that the Court continue the preliminary hearing scheduled for

18 June 10, 2009, at 2:00 p.m., to July 15, 2009, at 2:00 p.m.

19      The parties have expressed interest in reaching a preindictment

20 resolution of the pending charges.  The parties agree that the above

21 reason constitutes good cause to extend the time for preliminary

22 hearing under Fed. R. Crim. P. 5.1, and that the Court should extend

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28
   Stipulation And [Proposed] Order        1                    09-mj-39 EFB

1    the time within which the government must file an indictment to July

2    15, 2009.  See 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].

3                                 Respectfully submitted,

4    Dated: June 9, 2009           DANIEL J. BRODERICK
                                    Federal Defender
5
                                    /s/ M.Petrik
6                                  _____

7                                   MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
8

9    Dated: June 9, 2009           LAWRENCE G. BROWN
                                    Acting United States Attorney
10
                                    /s/ M.Petrik for Todd D. Leras
11                                 _____

12                                  TODD D. LERAS
                                    Assistant U.S. Attorney
13

14                              **O R D E R**

15        Upon finding good cause, the Court orders the preliminary hearing

16   continued to July 15, 2009, at 2:00 p.m., and time excluded as set forth

17   above for the reasons set forth above.

18        IT IS SO ORDERED.

19   Dated: June 10, 2009.

20

21

22                                 _____
                                   U.S. MAGISTRATE JUDGE
23

24

25

26

27

28
     Stipulation And [Proposed] Order        2              09-mj-39 EFB