1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  SEBASTIAN MALDONADO

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 09-mj-39 EFB
                                  )
11           Plaintiff,           ) **STIPULATION AND ORDER**
                                  ) **TO CONTINUE PRELIMINARY HEARING**
12      v.                        )
                                  ) Date:  July 15, 2009
13 SEBASTIAN ANTHONY MALDONADO,   ) Time:  2:00 p.m.
                                  ) Judge: Hon. Edmund F. Brennan
14           Defendant.           )
                                  )
15 _____ )

16      The parties hereby stipulate and request that the Court continue

17 the preliminary hearing scheduled for July 15, 2009, at 2:00 p.m., to

18 August 26, 2009, at 2:00 p.m., before the Hon. Dale A. Drozd.

19      The parties have expressed interest in reaching a preindictment

20 resolution of the pending charges.  The parties agree that the above

21 reason constitutes good cause to extend the time for preliminary

22 hearing under Fed. R. Crim. P. 5.1, and that the Court should extend

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28
   Stipulation And Order              1                      09-mj-39 EFB

1   the time within which the government must file an indictment to August

2   26, 2009.  See 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].

3                                    Respectfully submitted,

4   Dated: July 14, 2009             DANIEL J. BRODERICK
                                     Federal Defender
5
                                     /s/ M.Petrik
6                                    _____
7                                    MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
8

9   Dated: July 14, 2009             LAWRENCE G. BROWN
                                     Acting United States Attorney
10
                                     /s/ M.Petrik for Todd D. Leras
11                                   _____
12                                   TODD D. LERAS
                                     Assistant U.S. Attorney
13

14                          O R D E R

15       Upon finding good cause, the Court orders the preliminary hearing

16  continued to August 26, 2009, at 2:00 p.m., before the Hon. Dale A.

17  Drozd, and time excluded as set forth above for the reasons set forth

18  above.

19       IT IS SO ORDERED.

20  Dated: July 14, 2009

21                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28
    Stipulation And Order              2                      09-mj-39 EFB