```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN MALDONADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>SEBASTIAN ANTHONY MALDONADO,<br><br>       Defendant.<br>_____ | No. 09-mj-0039 EFB<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE PRELIMINARY HEARING**<br><br>Date: August 26, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Dale A. Drozd |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for August 26, 2009, at 2:00 p.m., to September 30, 2009, at 2:00 p.m., before the Hon. Gregory G. Hollows.

The parties have expressed interest in reaching a preindictment resolution of the pending charges. The parties agree that the above reason constitutes good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend

/ / /

/ / /

/ / /

/ / /

/ / /

1 the time within which the government must file an indictment to
2 September 30, 2009.  See 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].
3                                     Respectfully submitted,
4 Dated: August 25, 2009              DANIEL J. BRODERICK
                                      Federal Defender
5
                                      /s/ M.Petrik
6   _____
                                      MICHAEL PETRIK, Jr.
7                                     Assistant Federal Defender
8
9 Dated: August 25, 2009              LAWRENCE G. BROWN
                                      United States Attorney
10
                                      /s/ M.Petrik for Todd D. Leras
11  _____
                                      TODD D. LERAS
12                                    Assistant U.S. Attorney
13

14                                **O R D E R**

15     Upon finding good cause, the Court orders the preliminary hearing
16 continued to September 30, 2009, at 2:00 p.m., before the Hon. Gregory
17 G. Hollows, and time excluded as set forth above for the reasons set
18 forth above.
19     IT IS SO ORDERED.
20 DATED: August 25, 2009.

            _____
            DALE A. DROZD
            UNITED STATES MAGISTRATE JUDGE

25 Ddad1/orders.criminal/maldonado0039.stipord(3)
26
27
28  Stipulation And Order            2                     09-mj-0039 EFB