```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  SEBASTIAN MALDONADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-mj-39 EFB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **TO CONTINUE PRELIMINARY HEARING** |
| v. | ) |
|  | ) Date: September 30, 2009 |
| SEBASTIAN ANTHONY MALDONADO, | ) Time: 2:00 p.m. |
|  | ) Judge: Hon. Gregory G. Hollows |
| Defendant. | ) |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for September 30, 2009, at 2:00 p.m., to October 27, 2009, at 2:00 p.m., before the Hon. Kimberly J. Mueller.

The parties have expressed interest in reaching a preindictment resolution of the pending charges. The parties agree that the above reason constitutes good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation And [Proposed] Order         1                    09-mj-39 EFB

the time within which the government must file an indictment to October 27, 2009.  See 18 U.S.C. § 3161(h)(7)(A) and (B) [Local Code T4].

                                                Respectfully submitted,

Dated: September 29, 2009        DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ M.Petrik
                                                _____
                                                MICHAEL PETRIK, Jr.
                                                Assistant Federal Defender


Dated: September 29, 2009        LAWRENCE G. BROWN
                                                United States Attorney

                                                /s/ M.Petrik for Todd D. Leras
                                                _____
                                                TODD D. LERAS
                                                Assistant U.S. Attorney


**O R D E R**

    Upon finding good cause, the Court orders the preliminary hearing continued to October 27, 2009, at 2:00 p.m., before the Hon. Kimberly J. Mueller, and time excluded as set forth above for the reasons set forth above.

    IT IS SO ORDERED.


Dated: September 30, 2009           /s/ Gregory G. Hollows
                                                _____
                                                HON. GREGORY G. HOLLOWS
                                                  United States Magistrate Judge

maldonado.ph