1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
3   Designated Counsel For Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorneys for Defendant
6   SEBASTIAN MALDONADO

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      ) No. 09-mj-39 EFB
                                   )
11            Plaintiff,           ) **STIPULATION AND ORDER**
                                   ) **TO CONTINUE PRELIMINARY HEARING**
12       v.                        )
                                   ) Date:  October 27, 2009
13  SEBASTIAN ANTHONY MALDONADO,   ) Time:  2:00 p.m.
                                   ) Judge: Hon. Kimberly J. Mueller
14            Defendant.           )
                                   )
15  _____ )

16       The parties hereby stipulate and request that the Court continue

17  the preliminary hearing scheduled for October 27, 2009, at 2:00 p.m.,

18  to December 1, 2009, at 2:00 p.m., before the Hon. Edmund F. Brennan.

19       The parties have expressed interest in reaching a preindictment

20  resolution of the pending charges.  In addition, counsel for Mr.

21  Maldonado requires more time to review a proposed information and a

22  proposed plea agreement with Mr. Maldonado.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28                                  1

1    The parties agree that the above reasons constitute good cause to

2  extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and

3  that the Court should extend the time within which the government must

4  file an indictment to December 1, 2009.  See 18 U.S.C. § 3161(h)(7)(A)

5  and (B) [Local Code T4].

6                                      Respectfully submitted,

7  Dated: October 26, 2009            DANIEL J. BRODERICK
                                      Federal Defender
8
                                      /s/ M.Petrik
9                                     _____
                                      MICHAEL PETRIK, Jr.
10                                    Assistant Federal Defender

11

12 Dated: October 26, 2009            LAWRENCE G. BROWN
                                      United States Attorney
13
                                      /s/ M.Petrik for Todd D. Leras
14                                    _____
                                      TODD D. LERAS
15                                    Assistant U.S. Attorney

16

17                        **O R D E R**

18    Upon finding good cause, the Court orders the preliminary hearing

19 continued to December 1, 2009, at 2:00 p.m., before the Hon. Edmund F.

20 Brennan, and time excluded as set forth above for the reasons set forth

21 above.

22    IT IS SO ORDERED.

23 Dated: October 26, 2009

24                                    _____
                                      U.S. MAGISTRATE JUDGE
25

26

27

28                        2