DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN MALDONADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEBASTIAN ANTHONY MALDONADO,<br><br>　　　　Defendant.<br>_____ | No. 09-mj-39 EFB<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE PRELIMINARY HEARING**<br><br>Date:　December 1, 2009<br>Time:　2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

　　　The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for December 1, 2009, at 2:00 p.m., to January 27, 2010, at 2:00 p.m., before the duty magistrate judge.

　　　The parties have expressed interest in reaching a preindictment resolution of the pending charges. In addition, counsel for Mr. Maldonado requires more time to review a proposed information and a proposed plea agreement with Mr. Maldonado.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    The parties agree that the above reasons constitute good cause to
2 extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and
3 that the Court should extend the time within which the government must
4 file an indictment to January 27, 2010.  See 18 U.S.C. § 3161(h)(7)(A)
5 and (B) [Local Code T4].

                                        Respectfully submitted,

Dated: November 30, 2009                DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender


Dated: November 30, 2009                BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Todd D. Leras
                                        _____
                                        TODD D. LERAS
                                        Assistant U.S. Attorney


**O R D E R**

   Upon finding good cause, the Court orders the preliminary hearing continued to January 27, 2010, at 2:00 p.m., before the duty magistrate judge, and time excluded as set forth above for the reasons set forth above.

   IT IS SO ORDERED.

Dated: November 30, 2009                _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

2