1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
3 Designated Counsel For Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorneys for Defendant
6 SEBASTIAN MALDONADO

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  No. 09-mj-39 EFB
                                  )
11           Plaintiff,            )  **STIPULATION AND ORDER**
                                  )  **TO CONTINUE PRELIMINARY HEARING**
12      v.                         )
                                  )  Date: January 27, 2010
13 SEBASTIAN ANTHONY MALDONADO,     )  Time: 2:00 p.m.
                                  )  Judge: Hon. Kimberly J. Mueller
14           Defendant.            )
                                  )
15 _____ )

16     The parties hereby stipulate and request that the Court continue

17 the preliminary hearing scheduled for January 27, 2010, at 2:00 p.m.,

18 to February 10, 2010, at 2:00 p.m., before the Hon. Gregory G. Hollows.

19     The parties have expressed interest in reaching a preindictment

20 resolution of the pending charges.  In addition, counsel for Mr.

21 Maldonado requires more time to review a proposed information and a

22 proposed plea agreement with Mr. Maldonado.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28                                     1

1   The parties agree that the above reasons constitute good cause to
2 extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and
3 that the Court should extend the time within which the government must
4 file an indictment to February 10, 2010.  See 18 U.S.C. § 3161(h)(7)(A)
5 and (B) [Local Code T4].

Respectfully submitted,

Dated: January 26, 2010         DANIEL J. BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender


Dated: January 26, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for Todd D. Leras
                                _____
                                TODD D. LERAS
                                Assistant U.S. Attorney


**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to February 10, 2010, at 2:00 p.m., before the duty Magistrate Judge sitting that day, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: January 26, 2010.

                                _____
                                U.S. MAGISTRATE JUDGE

2