DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN MALDONADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEBASTIAN ANTHONY MALDONADO,<br><br>　　　　Defendant.<br>_____ | No. 09-mj-39 EFB<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE PRELIMINARY HEARING**<br><br>Date: February 10, 2010<br>Time: 2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

　　　The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for February 10, 2010, at 2:00 p.m., to February 25, 2010, at 2:00 p.m., before the Hon. Kendall J. Newman.

　　　The parties have expressed interest in reaching a preindictment resolution of the pending charges. In addition, counsel for Mr. Maldonado requires more time to review a proposed information and a proposed plea agreement with Mr. Maldonado.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  The parties agree that the above reasons constitute good cause to
2 extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and
3 that the Court should extend the time within which the government must
4 file an indictment to February 25, 2010.  <u>See</u> 18 U.S.C. § 3161(h)(7)(A)
5 and (B) [Local Code T4].

Respectfully submitted,

Dated: February 9, 2010       DANIEL J. BRODERICK
                              Federal Defender

                              /s/ M.Petrik
                              _____
                              MICHAEL PETRIK, Jr.
                              Assistant Federal Defender


Dated: February 9, 2010       BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ M.Petrik for Todd D. Leras
                              _____
                              TODD D. LERAS
                              Assistant U.S. Attorney


**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to February 25, 2010, at 2:00 p.m., before the Hon. Kendall J. Newman, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: February 10, 2010
                              /s/ Gregory G. Hollows
                              _____
                              HON. GREGORY G. HOLLOWS
                              United States Magistrate Judge

maldonado.ord

2