DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN MALDONADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SEBASTIAN ANTHONY MALDONADO,<br><br>        Defendant. | No. 2:09-mj-00039 EFB<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE PRELIMINARY HEARING**<br><br>Date: February 25, 2010<br>Time: 2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for February 25, 2010, at 2:00 p.m., to April 1, 2010, at 2:00 p.m., before the Hon. Kimberly J. Mueller.

The parties have expressed interest in reaching a preindictment resolution of the pending charges. In addition, counsel for Mr. Maldonado requires time to review a proposed information and a proposed plea agreement with Mr. Maldonado.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to April 1, 2010. See 18 U.S.C. § 3161(h)(7)(A) and (B) [Local Code T4].

Respectfully submitted,

Dated: February 24, 2010
DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


Dated: February 24, 2010
BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Todd D. Leras
_____
TODD D. LERAS
Assistant U.S. Attorney


**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing set for February 25, 2010 before the Hon. Kendall J. Newman continued to April 1, 2010, at 2:00 p.m., before the Hon. Kimberly J. Mueller, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.


Dated: February 24, 2010
/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge

2