DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr. #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SEBASTIAN MALDONADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 09-mj-39 EFB |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING** |
| v. | ) ) | Date:  April 1, 2010 |
| SEBASTIAN ANTHONY MALDONADO, | ) ) | Time:  2:00 p.m. Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) ) ) | |

    The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for April 1, 2010, at 2:00 p.m., to April 8, 2010, at 2:00 p.m., before the Hon. Kimberly J. Mueller.

    The parties have expressed interest in reaching a preindictment resolution of the pending charges. In addition, counsel for Mr. Maldonado requires time to review a proposed information and a proposed plea agreement with Mr. Maldonado.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to April 8, 2010.  See 18 U.S.C. § 3161(h)(7)(A) and (B) [Local Code T4].

Respectfully submitted,

Dated: March 31, 2010           DANIEL J. BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender


Dated: March 31, 2010           BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for Todd D. Leras
                                _____
                                TODD D. LERAS
                                Assistant U.S. Attorney

**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to April 8, 2010, at 2:00 p.m., before the Hon. Kimberly J. Mueller, and time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: March 31, 2010.

_____
U.S. MAGISTRATE JUDGE

2